**THE LAW OFFICE OF RAJEH A. SAADEH, L.L.C.**
**Lindsay A. McKillop**
1200 Route 22 East, Suite 2000
Bridgewater, New Jersey 08807-2943
P: (908) 864-7884
F: (908) 301-6202
**lmckillop**@rajehsaadeh.com
*Attorneys for* ***Plaintiff(s)***

UNITED STATES DISTRICT COURT
DISTRICT OF **NEW JERSEY**

| | |
|---|---|
| **STUDENTS FOR JUSTICE IN PALESTINE, NEW JERSEY INSTITUTE OF TECHNOLOGY CHAPTER; YAHYA HABEHH; UMAIR KHAN; USMAN AHMAD KHWAJA; IBRAHEEM ALJAYEH; AHMAD JAMHOUR; FARIS QADDOURA,**<br><br>Plaintiff(s),<br><br>v.<br><br>**NEW JERSEY INSTITUTE OF TECHNOLOGY; DAVID JONES; MARYBETH BOGER; MATTHEW GOLDEN; ANDREW CHRIST; LATOSHA WILSON; BRUCE BUKIET; TEIK LIM; KATHRYN HAGEMAN; MICHAEL DAVIS; JANE & JOHN DOES 1-10 and XYZ CORPORATIONS 1-10 (fictitious defendants),**<br><br>Defendant(s). | Case No. **2:26-cv-01771**<br><br>CERTIFICATION OF SERVICE |

**LINDSAY A. MCKILLOP,** declares and states:

1. On **May 18, 2026,** I will cause to be served upon **Defendants' counsel**, via **CM/ECF**, a copy of all documents filed in on behalf of **Plaintiffs** in **opposition to Defendants' motion to dismiss the First Amended Complaint, including Plaintiffs' memorandum of law**.

2. These documents have been filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

I declare under penalty of perjury that the foregoing is true and correct. Executed on **May 18, 2026.**

THE LAW OFFICE OF RAJEH A. SAADEH, L.L.C.
Attorneys for **Plaintiff(s)**

Lindsay A. McKillop