Michael E. Baughman, Esq.
**TROUTMAN PEPPER LOCKE LLP**
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
215.981.4964
Michael.Baughman@troutman.com

*Attorneys for Defendants New Jersey Institute of Technology, David Jones, Marybeth Boger, Matthew Golden, Andrew Christ, Latosha Wilson, Bruce Bukiet, Teik Lim, Kathryn Hagemen, and Michael Davis*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STUDENTS FOR JUSTICE IN PALESTINE, NEW JERSEY INSTITUTE OF TECHNOLOGY CHAPTER; YAHYA HABEHH; UMAIR KHAN; USMAN AHMAD KHWAJA; IBRAHEEM ALJAYEH; AHMAD JAMHOUR; FARIS QADDOURA,<br><br>Plaintiffs,<br><br>v.<br><br>NEW JERSEY INSTITUTE OF TECHNOLOGY; DAVID JONES; MARYBETH BOGER; MATTHEW GOLDEN; ANDREW CHRIST; LATOSHA WILSON; BRUCE BUKIET; TEIK LIM; KATHRYN HAGEMAN; MICHAEL DAVIS; JANE & JOHN DOES 1-10 and XYZ CORPORATIONS 1-10 (fictitious defendants),<br><br>Defendants. | Civil Action No. 2:26-cv-01771-MCA-JSA<br><br>*DOCUMENT FILED ELECTRONICALLY*<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on June 17, 2026, a true and correct copy of the foregoing Reply Brief in Support of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint was filed through the Court's Electronic Case Filing (ECF) System and served upon all counsel of record.

By: */s/ Michael E. Baughman*
Michael E. Baughman, Esq.
**TROUTMAN PEPPER LOCKE LLP**
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
215.981.4964
Michael.Baughman@troutman.com

*Attorneys for Defendants New Jersey Institute of Technology, David Jones, Marybeth Boger, Matthew Golden, Andrew Christ, Latosha Wilson, Bruce Bukiet, Teik Lim, Kathryn Hagemen, and Michael Davis*