Troutman Pepper Locke LLP
3000 Two Logan Square, Eighteenth and Arch Streets
Philadelphia, PA 19103

troutman.com

**Michael E. Baughman**
D 215.981.4964
michael.baughman@troutman.com

November 5, 2026

**VIA ECF**

Honorable Madeline Cox Arleo, U.S.D.J.
United States District Court for the
District of New Jersey
Martin Lurther King Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

**Re:** ***Students for Justice in Palestine, New Jersey Institute of Technology Chapter, et. al. v. New Jersey Institute of Technology, et. al.***
**No. 2:26-cv—01771-MCA-JSA**

**Request for an Extension of Time for Answer to Second Amended Complaint**

Dear Judge Arleo:

This firm represents Defendants New Jersey Institute of Technology ("NJIT"), David Jones, Marybeth Boger, Matthew Golden, Andrew Christ, Latosha Wilson, Teik Lim, Kathryn Hageman, and Michael Davis (collectively, "Defendants") in the above-referenced matter. I write with consent of Plaintiffs' counsel to respectfully request a 30 day extension for the time for Defendants to answer or otherwise respond to Plaintiffs' Second Amended Complaint, filed on November 3, 2026 (ECF No. 14).

Defendants make this request for an extension of time based on the competing deadlines of counsel and the need to address new allegations in the Second Amended Complaint. No other extension request for the time to respond to the Second Amended Complaint has been made.

Thank you for the consideration of this request.

Respectfully submitted,

TROUTMAN PEPPER LOCKE LLP

By:______________________________

Michael E. Baughman
Parter
215.981.4964
michael.baughman@troutman.com

cc: All counsel of record (via ECF)

SO ORDERED:

**s/ Jessica S. Allen**
Hon. Jessica S. Allen, U.S.M.J.
**Dated: 11/9/2026**